IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-86 (WDO) |
| LOLA C. BROKEMOND, | **VIOLATION(S):** False Claims |
| Defendant | |

## O R D E R

Upon consideration of defendant LOLA C. BROKEMOND's **MOTION TO MODIFY TRAVEL RESTRICTIONS** (Tab #144), the same is GRANTED, but only to the extent hereinafter stated:

> *Defendant Brokemond's travel is hereby restricted to the continental United States, provided that travel outside of the Middle District of Florida and to and from the Middle District of Georgia shall be permitted only if she first obtains permission from her supervising Pretrial Services Office, who is authorized in his/her discretion to grant such travel requests.*

All other provisions of the Order Setting Conditions of Release entered October 18, 2005, shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 17th day of MAY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE